UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>  Defendant. | Case No. 19-cv-07144-PJH<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Re: Dkt. No. 6 |

The court is in receipt of plaintiff's "Motion to Accelerate Final Judgment." Dkt. 6. In it, plaintiff requests that the court "enter final judgment in this case" so that he can seek his requested relief from the Court of Appeals for the Ninth Circuit. Id.

In its December 18, 2019 order, the court dismissed plaintiff's complaint with leave to amend. Dkt. 5. The court afforded plaintiff until January 17, 2020 to file an amended complaint. Id. Based on plaintiff's instant motion, the court understands that plaintiff does not intend to file an amended complaint and instead prefers to immediately appeal dismissal of his initial complaint.

On the basis of that understanding, the court DISMISSES plaintiff's complaint WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: January 3, 2020

             /s/ Phyllis J. Hamilton
             PHYLLIS J. HAMILTON
             United States District Judge