UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINTON FROST,

    Plaintiff,

v.

FEDERAL COMMUNICATIONS COMMISSION,

    Defendant.

Case No. 19-cv-07144-PJH

**JUDGMENT**

The issues having been duly heard and the court having dismissed plaintiff's complaint with prejudice following its Title 28 U.S.C. § 1915 review (Dkt. 5) and plaintiff's subsequent request for an expedited entry of final judgment (Dkt. 6),

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 3, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge